IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00073-EWN-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GERARDO GUTIERREZ-VELASQUEZ,

        Defendant.

## ORDER

Comes on this day to be considered the unopposed motion of the United States to continue the sentencing hearing for defendant Gerardo Gutierrez-Velasquez, currently scheduled for January 20, 2005.

The sentencing hearing scheduled for January 20, 2005 is hereby VACATED and RESCHEDULED for the 24th day of February, 2006, at 9:00 o'clock a.m.

So Ordered this 15th day of December, 2005.

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge